UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE FROST NATIONAL BANK, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-04-2990 |
| | § | |
| M/V ALLISSA DENISE IV, | § | |
| and her engines, tackle, and appurtenances, | § | |
| ect., *in rem*, | § | |
| *Defendant*. | § | |

## ORDER

The order issued January 4, 2006, is amended to confirm the sale of the M/V Allissa Denise IV to HMY Yacht Sales, Inc. for $1,250,000. A&M Yacht Sales, Inc. is entitled to a ten percent commission of that sales price.

It is further ordered that the Marshal's sale of the M/V Allissa Denise IV, her engines, tackle, apparel, and appurtenances to the Frost National Bank, is confirmed and that the United States Marshal for the Southern District of Texas is to deliver to the Frost National Bank a Marshal's Bill of Sale for the M/V Allissa Denise IV, official number 1152800, her engines, tackle, apparel, and appurtenances, free of any liens, claims, demands, mortgages, or other encumbrances.

Signed on January 18, 2006, at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge